# LAW OFFICE OF AMY JANE AGNEW, P.C.

The Honorable Nelson S. Román
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/19/2025
```

March 13, 2025

**VIA ECF**

Re: *Holmes v. Bentivegna, et al.*, 23-cv-5462

Dear Judge Roman:

    The Court recently granted this Office an extension of time to respond to Defendant's pre-motion to dismiss letter until March 17, 2025. (Dkt. No. 67.) Unfortunately, due to the recent strikes and the severe backlog in legal calls at Green Haven we could not get a call scheduled until very late March. However, today Green Haven alerted us that legal visits have restarted. As I can visit much sooner than I can gain a legal call, I will be traveling to Green Haven on March 21, 2025 to meet with Mr. Holmes in person. Given that schedule, I would respectfully request that the Court all me until March 24, 2025 to respond to the letter. This way I can meet with my client in advance of my response.

    We thank this Court for its continuing courtesies and attention to this matter.

Very truly yours,

/s/ AJ Agnew

Amy Jane Agnew, Esq.

**The Court GRANTS Plaintiff counsel's request for an extension of the deadline to respond Defendant Connolly's pre-motion letter to March 28, 2025. This will be Plaintiff's final extension to respond. The Clerk of Court is kindly requested to terminate the motion at ECF No. 70.**

**Dated: March 19, 2025**
**White Plains, New York**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

New York Office
24 Fifth Avenue, Suite 1701
New York, NY 10011

(312) 206-8185

josh@ajagnew.com

New Jersey Office
36 Page Hill Road
Far Hills, NJ 07931